**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE EMPLOYMENT LAW GROUP,<br><br>888 17th Street NW<br>9th Floor<br>Washington, DC 20006<br><br>Plaintiff,<br><br>v.<br><br>SAN DIEGO EMPLOYMENT LAW GROUP,<br><br>3517 Camino del Rio South<br>Suite #400<br>San Diego, CA 92108<br>Phone: 619-528-2530<br><br>Defendant. | Case No. 20-CV-1852 |

**Dennis Brady, Esq.'s Motion for Leave to Represent on a *Pro Se* basis Defendant San Diego Employment Law Group**

COMES NOW, Dennis Brady dba San Diego Employment Law Group (erroneously sued as only "San Diego Employment Law Group"), and respectfully moves the Court for leave to represent Defendant San Diego Employment Law Group on a *pro se* basis.

Mr. Brady's residence address is 2546 Ocean Cove Drive, Cardiff, California 92007, although he can be reached at San Diego Employment Law Group, 3517 Camino del Rio South Suite 400 San Diego, California 92108.

The grounds for this motion are set forth more fully in the attached memorandum and accompanying declaration of Mr. Brady incorporated by reference herein.

Pursuant to the local rules, on August 19, 2020, Mr. Brady telephoned counsel for Plaintiff, Christopher Smith, to invite him to meet and confer about this motion telephonically.

Mr. Brady left a voicemail message with Mr. Smith describing this motion and the reason for it and invited Mr. Smith to phone back with any comments or questions. He has not done so.

Dated: August 20, 2020

Respectfully Submitted,

DB

Dennis Brady, Esq., *pro se*
California Bar No. 118461
San Diego Employment Law Group
3517 Camino del Rio South
Suite #400
San Diego, CA 92108
Phone: 619-528-2530

**Memorandum of Dennis Brady, Esq., in support of Motion to Represent on a *Pro Se* basis**

**Defendant San Diego Employment Law Group**

1. Dennis Brady, Esq. is the sole proprietor of San Diego Employment Law Group which is the only named defendant in this action. It was named in error. The proper designation should have been "Dennis Brady, Esq., dba San Diego Employment Law Group." Brady Declaration ¶ 1.

2. On august 18, 2020 while she was discussing the case with a clerk of the U.S. District Court for the District of Columbia, the clerk told Bessie Samson of Mr. Brady's staff that court authorization would be needed for him to represent San Diego Employment Law Group *pro se*. Thus, this motion. Brady Decl. ¶ 2.

3. As for Mr. Brady's qualifications, he has been practicing law since 1985. Although he is not a member of the bar of the U.S. District Court for the District of Columbia, he is a member of the State Bar of California, the Bar of the Federal District Court for the Southern District of

California, (where he regularly practices), the 9th circuit court of appeals, and the United States Supreme Court. He is a member of the litigation section of the California Lawyers' Association. He holds five (5) university degrees. Including a Juris Doctorate from the University of San Diego School of Law and a Master of Laws degree with an emphasis in labor and employment law from New York University School of Law. At NYU, he received the Seymore Goldstein award as the top labor law and employment law student in his division. He has familiarized himself with the local rules of the United States District Court for the District of Columbia and the Court's procedures. His law firm has several attorneys and adequate resources for him to represent San Diego Employment Law Group. Brady Decl. ¶ 3.

4. He is requesting that the court grant this motion and provide him with fourteen (14) days to file and serve a response to the complaint in this action. (Within fourteen days of the signing and serving on him of the enclosed proposed order.) Brady Decl. ¶ 4.

Dated: August 20, 2020

Respectfully Submitted,

Dennis Brady, Esq., *pro se*
California Bar No. 118461
San Diego Employment Law Group
3517 Camino del Rio South
Suite #400
San Diego, CA 92108
Phone: 619-528-2530

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE EMPLOYMENT LAW GROUP, Plaintiff, | ) | |
| v. | ) | |
| SAN DIEGO EMPLOYMENT LAW GROUP, Defendant. | ) | Case No. 20-CV-1852 |

**Declaration of Dennis Brady, Esq., in support of Motion to Represent on a *Pro Se* basis Defendant San Diego Employment Law Group**

I Dennis Brady, Esq. declare and say:

1. I am the sole proprietor of the San Diego Employment Law Group which is the only named defendant in this action. It was named in error. The proper designation should have been "Dennis Brady, Esq., dba San Diego Employment Law Group."

2. On august 18, 2020 while she was discussing the case with a clerk of the U.S. District Court for the District of Columbia, the clerk told Bessie Samson of my staff that court authorization would be needed for me to represent San Diego Employment Law Group *pro se*. Thus, this motion.

3. As for my qualifications, I have been practicing law since 1985. Although I am not a member of the bar of the U.S. District Court for the District of Columbia, I am a member of the State Bar of California, the Bar of the Federal District Court for the Southern District of California, (where I regularly practice), the 9th circuit court of appeals, and the United States

Supreme Court. I am a member of the litigation section of the California Lawyers' Association. I hold five (5) university degrees. Including a Juris Doctorate from the University of San Diego School of Law and a Master of Laws degree with an emphasis in labor and employment law from New York University School of Law. At NYU, I received the Seymore Goldstein award as the top labor law and employment law student in my division. I have familiarized myself with the local rules of the United States District Court for the District of Columbia and the Court's procedures. My law firm has several attorneys and adequate resources for me to represent San Diego Employment Law Group.

4. I am requesting that the court grant this motion and provide me with fourteen (14) days to file and serve a response to the complaint in this action. (Within fourteen days of the signing and serving on me of the enclosed proposed order.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed in San Diego, California on August 20, 2020.

Dennis Brady, Esq.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE EMPLOYMENT LAW GROUP,<br><br>Plaintiff,<br>v.<br><br>SAN DIEGO EMPLOYMENT LAW GROUP,<br><br>Defendant. | ) | Case No. 20-CV-1852<br>Honorable John D. Bates |

**[PROPOSED] ORDER**

Upon consideration of Dennis Brady's Motion for Leave to Represent on a *Pro Se Basis* Defendant San Diego Employment Law Group and the entire record herein, and for good cause shown, it is

**HEREBY ORDERED** that Dennis Brady's Motion for Leave is **GRANTED** and Defendant shall have fourteen (14) days from the date this order is served on Mr. Brady to file and serve a response to Plaintiff's complaint.

**SO ORDERED.**

Date:__________

HONORABLE JOHN D. BATES
United States District Court for the
District of Columbia

**CERTIFICATE OF SERVICE**

I hereby certify that that on August 20, 2020, I caused the foregoing documents:

1. **DENNIS BRADY ESQ.'S MOTION FOR LEAVE TO REPRESENT ON A *PRO SE* BASIS DEFENDANT SAN DIEGO EMPLOYMENT LAW GROUP AND MEMORANDUM**
2. **DECLARATION OF DENNIS BRADY, ESQ. IN SUPPORT OF MOTION FOR LEAVE TO REPRESENT ON A *PRO SE* BASIS DEFENDANT SAN DIEGO EMPLOYMENT LAW GROUP**
3. **[PROPOSED] ORDER**

To be served on all Plaintiff's counsels as well as the Court via e-mail as follows:

Edward F. Roche
D.C. State Bar No. 1029012
eroche@smithlaw.com

Christopher G. Smith
D.C. State Bar No. 438466
csmith@smithlaw.com

Philip J. Cardinale
D.C. State Bar No. 979949
pcardinale@smithlaw.com

United States District Court
for the District of Columbia
DCDml_Intake@dcd.uscourts.gov

Date: August 20, 2020

Dennis Brady, Esq.
California Bar No. 118461
San Diego Employment Law Group
3517 Camino del Rio South, Suite #400
San Diego, CA 92108
(619) 528-2530