1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 | THE EMPLOYMENT LAW GROUP,          Case No.:  3:22-cv-00052-JO-AHG
   | P.C.,
12 |                                     **ORDER DENYING DEFENDANT'S**
   |                        Plaintiff,   **MOTION TO DISMISS**
13 |
   | v.
14 |
   | DENNIS BRADY d/b/a SAN DIEGO
15 | EMPLOYMENT LAW GROUP,
16 |                        Defendant.
17

18

19

20

21        Defendant Dennis Brady d/b/a San Diego Employment Law Group ("Defendant")

22 has filed a motion to dismiss Plaintiff The Employment Law Group, P.C.'s ("Plaintiff")

23 Complaint.  Dkt. 25.

24 //

25 //

26 //

27 //

28

[Case Number]

1    The Court held oral argument on the motion on March 30, 2022.  For the reasons
2  stated on the record during the oral argument, the motion to dismiss for failure to state a
3  claim pursuant to Rule 12(b)(6) is DENIED.  The motion to dismiss for lack of personal
4  jurisdiction pursuant to Rule 12(b)(2) and for improper venue pursuant to Rule 12(b)(3) is
5  DENIED AS MOOT.

6

7    **IT IS SO ORDERED**.

8

9  Dated:  March 30, 2022

10

11                                                    Honorable Jinsook Ohta
                                                      United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Case Number]